STATE OF NEW JERSEY IN THE INTEREST OF W.J.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LOUIS TAVERAS.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY LUERY.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LE SEUR.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LEWIS TAYLOR.

July 11, 1989.

Petition for certification denied.